# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**ROBERTO VAZQUEZ-ROJAS**<br>Defendant. | CRIMINAL NO. 25-149 PAD |

## UNITED STATES OF AMERICA'S SENTENCING MEMORANDUM

TO THE HONORABLE COURT:

On April 21, 2025, the defendant filed their sentencing memorandum. ECF No. 19. The United States informs it joins defendant's request of time served.

WHEREFORE, the United States respectfully prays the Court to take notice of the present sentencing memorandum and sentence the defendant to time served.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of April, 2025.

                                             W. Stephen Muldrow
                                             United States Attorney

                                             */S/ Corinne Cordero-Romo*
                                             Corinne Cordero-Romo
                                             USDC # 231111
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             Torre Chardón, Suite 1201

350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Email: corinne.cordero@usdoj.gov
Tel. (787) 766-5656
Fax: (787) 766-5398

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>*/S/ Corinne Cordero-Romo*
>Corinne Cordero-Romo
>USDC # 231111
>Assistant United States Attorney